United States Bankruptcy Court
Northern District of Ohio
Eastern Division at Akron

| | | |
|---|---|---|
| In re: | * | Case No. 18-50321 |
| | * | |
| ROGER OLIVER | * | Chapter 13 |
| | * | |
| | * | Judge Alan M. Koschik |
| | * | |
| Debtors | * | Motion to Dismiss |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Now comes the Debtor to request this Court to dismiss his Chapter 13 Case.

Respectfully Submitted,

/s/ Charles Tyler, Sr.
Charles Tyler, Sr. (0074100)
Attorney for debtor(s)
66 S. Miller Rd., Suite 204
Fairlawn, Ohio 44333
Telephone: 330.665.0910
Fax: 330.665.0718

/s/ Roger Oliver
Roger Oliver

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically transmitted on or about December 31, 2018 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

**CHAPTER 13 TRUSTEE: Keith Rucinski**

I further certify that the following received notice by regular U.S. Mail at the specified address on the date first set forth above:

None


/s/ Charles Tyler, Sr.
Charles Tyler, Sr., Attorney for Debtor